# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

GRACE ALBANESE,

        Plaintiff,

vs.

LAS VEGAS POLICE DEPARTMENT, *et al.*,

        Defendants.

Case No.: 2:17-cv-0577-GMN-PAL

**ORDER**

Pending before the Court is the Report and Recommendation of United States Magistrate Judge Peggy A. Leen, (ECF No. 68), which recommends that this case should be dismissed and that the Clerk of Court should close the case. (Report and Recommendation ("R.&R.") 7:18–21).

A party may file specific written objections to the findings and recommendations of a United States Magistrate Judge made pursuant to Local Rule IB 1-4. 28 U.S.C. § 636(b)(1)(B); L.R. IB 3-2. Upon the filing of such objections, the Court must make a de novo determination of those portions to which objections are made. *Id*. The Court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the Magistrate Judge. 28 U.S.C. § 636(b)(1); D. Nev. IB 3-2(b). Where a party fails to object, however, the Court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985). Indeed, the Ninth Circuit has recognized that a district court is not required to review a magistrate judge's report and recommendation where no objections have been filed. *See, e.g.*, *United States v. Reyna–Tapia*, 328 F.3d 1114, 1122 (9th Cir. 2003).

Here, the Report and Recommendation was entered on June 30, 2017, and the objection deadline was July 14, 2017. (ECF No. 68). Although Plaintiff Grace Albanese ("Plaintiff")

filed a multitude of letters to the Court before the deadline, the letters do not address the Report and Recommendation, and Plaintiff has failed to file any objection. *See* L.R. IB 3-2.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation, (ECF No. 68), is **ADOPTED** in full.

**IT IS FURTHER ORDERED** that Plaintiff's Second Amended Complaint, (ECF No. 50), is **DISMISSED**.

The Clerk of Court is instructed to close the case and enter judgment accordingly.

**DATED** this 13 day of November, 2017.

_____
Gloria M. Navarro, Chief Judge
United States District Court